■ MEYER GERMAN, Appellant, v BERNARD GRAUER et al., Respondents.—Appeal by the plaintiff from an order of the Supreme Court, Kings County, dated June 25, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Jordan in his memorandum decision at the Supreme Court. Mollen, P. J., Rubin, Kooper and Sullivan, JJ., concur.